# Order

**Michigan Supreme Court**
**Lansing, Michigan**

February 2, 2011

Robert P. Young, Jr.,
Chief Justice

Michael F. Cavanagh
Marilyn Kelly
Stephen J. Markman
Diane M. Hathaway
Mary Beth Kelly
Brian K. Zahra,
Justices

141418

MELISSA MEREDITH, as Personal
Representative of the Estate of JAMES
TODD MEREDITH, Deceased,
        Plaintiff-Appellant,

v

OAKWOOD HEALTHCARE, INC., d/b/a
OAKWOOD SOUTHSHORE MEDICAL
CENTER,
        Defendant-Appellee.

SC: 141418
COA: 288507
Wayne CC: 07-729397-NH

_____/

On order of the Court, the application for leave to appeal the April 8, 2010 judgment of the Court of Appeals is considered, and it is DENIED, because we are not persuaded that the questions presented should be reviewed by this Court.

MARILYN KELLY and HATHAWAY, JJ., would grant leave to appeal.



I, Corbin R. Davis, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

February 2, 2011

_____
Clerk

d0126